## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**JASON EARLEY COTTER**,

       Plaintiff,

v.                 **CASE NO.** 23-CV-1592

**CHIEF CRAIG FREITAG, et al.,**

       Defendants.

## NOTICE OF APPEARANCE

TO: Jason Earley Cotter
    N10561 Lakeshore Rd
    Clintonville, WI 54929-9006

**PLEASE TAKE NOTICE** that the undersigned, Ashley C. Lehocky, and Richard J. Carlson, now appear for the defendants City of Clintonville Chief of Police Craig Freitag, Officer Tyler Bartel and Captain Dennis Schroeder in the above entitled matter, and requests that copies of all notices and papers subsequent to this Notice be served upon me at my office located at 940 Evergreen Drive, Kaukauna, WI 54130.

Dated at Kaukauna, Wisconsin this 28th day of February 2025.

            By: s/ Ashley C. Lehocky
               Ashley C. Lehocky, WI Bar No: 1090795
               Richard J. Carlson, WI Bar No: 1013627
               *Attorneys for defendant's*
               TOWN COUNSEL LAW & LITIGATION, LLC
               940 Evergreen Drive
               Kaukauna, WI 54130
               Telephone: (920) 725-1233
               Fax: (920) 202-3116
               E-mails: ALehocky@towncounsellaw.com
                    RCarlson@towncounsellaw.com