# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JASON EARLEY COTTER**,

        Plaintiff,

v.                 **CASE NO.** 23-CV-1592

**CHIEF CRAIG FREITAG, et al.,**

        Defendants.

## NOTICE OF APPEARANCE

TO:    Jason Earley Cotter
        N10561 Lakeshore Rd
        Clintonville, WI 54929-9006

**PLEASE TAKE NOTICE** that the undersigned, Charles C. Adams, now appears for the defendants City of Clintonville Chief of Police Craig Freitag, Officer Tyler Bartel and Captain Dennis Schroeder in the above entitled matter, and requests that copies of all notices and papers subsequent to this Notice be served upon me at my office located at 940 Evergreen Drive, Kaukauna, WI 54130.

Dated at Kaukauna, Wisconsin this 9th day of June 2025.

                By:    s/ <u>Charles C. Adams</u>
                           Charles C. Adams, WI Bar No: 1021454
                           *Attorneys for defendant's*
                           TOWN COUNSEL LAW & LITIGATION, LLC
                           940 Evergreen Drive
                           Kaukauna, WI 54130
                           Telephone: (920) 725-1233
                           Fax: (920) 202-3116
                           E-mail: cadams@towncounsellaw.com